# UNITED STATES DISTRICT COURT

District of _____Delaware_____

MARK S. MERADO, on behalf of himself and
all other persons and entities similarly situated,

        Plaintiff,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 0 6 - 7 1

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, ASTRAZENECA AB, and
AKTIEBOLAGET HASSLE,
        Defendants.

TO: (Name and address of Defendant)

Astrazeneca Pharmaceuticals LP
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

2-2-06

CLERK             DATE

_Betsy Dunn_

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  2/7/06 |
| NAME OF SERVER (PRINT)  Danny P. Randolph, Jr. | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Served: Astrazeneca Pharmaceuticals LP c/o Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801. Copies thereof were accepted by Scott LaScala at 3 p.m.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/7/06
            Date

Signature of Server
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19801

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.