# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 23, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

>       Re:    *Mark S. Merado v. AstraZeneca Pharmaceuticals LP, et al.,*
>       C.A. No. 06-71 (GMS)
>       *Neil Lefton v. AstraZeneca AB, et al.,*
>       C.A. No. 06-73 (GMS)
>       *Mary Anne Gross v. AstraZeneca Pharmaceuticals LP, et al.,*
>       C.A. No. 06-81 (GMS)
>       *Int'l Assoc. of Firefighters Local 22 Health & Welfare Fund v.
>       AstraZeneca Pharmaceuticals, LP., et al.,*
>       C.A. No. 06-83 (GMS)
>       *A.F. of L. AGC Building Trades Welfare Plan, et al. v.
>       AstraZeneca Pharmaceuticals, LP., et al.,*
>       C.A. No. 06-86 (GMS)
>       *United Union of Roofers, et al. v. AstraZeneca Pharmaceuticals,
>       LP., et al.,*
>       C.A. No. 06-93 (GMS)
>       *Plumbers and Pipefitters Local 572 Pension Fund v.
>       AstraZeneca Pharmaceuticals, LP., et al.,*
>       C.A. No. 06-102 (GMS)

Dear Judge Sleet:

       On February 15, 2006, we filed with the Court a proposed Case Management Order to consolidate the proceedings in three direct purchaser class actions concerning defendants' Toprol-XL product (C.A. Nos. 06-52 (GMS), 06-63 (GMS), and 06-79 (GMS)). We further advised the Court on February 16 that defendants intended to negotiate and propose to the Court a further Case Management Order to address the seven other related class actions (set forth

Hon. Gregory M. Sleet
February 23, 2006
Page 2

above) involving indirect purchasers or end-payors of Toprol-XL. We are filing with the Court today a proposed Case Management Order for these end-payor actions.

The Case Management Order contemplates, among other things, that the end-payor plaintiffs will file a single consolidated class action complaint to which defendants would respond, and thus would suspend the current deadlines for defendants to answer, move or otherwise respond to the individual complaints. (The parties are also filing stipulations in each of these actions extending defendants' time to answer, move or otherwise respond to the individual complaints in the event the Court does not enter the proposed Case Management Order before the time to respond comes due. Five of the seven stipulations are being filed today. The last two are expected to be filed shortly.) As we previously noted, defendants may request the Court to consolidate or coordinate the direct purchaser and end-payor actions. Plaintiffs in these actions have reserved the right to object to such a request.

The parties are available at the Court's convenience should the Court have any questions or comments with respect to the proposed Case Management Order.

Respectfully,

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

cc:   Peter T. Dalleo, Clerk (by hand)
      Jeffrey S. Goddess, Esq. (by hand)
      Jessica Zeldin, Esq. (by hand)
      Pamela S. Tikellis, Esq. (by hand)
      Gary F. Traynor, Esq. (by hand)
      Seth D. Rigrodsky, Esq. (by hand)
      Karen L. Morris, Esq. (by telecopy)
      Ronan P. Harty, Esq. (by telecopy)
      Linda P. Nussbaum, Esq. (by telecopy)
      Michael D. Hausfeld, Esq. (by telecopy)
      Daniel Berger, Esq. (by telecopy)
      Thomas M. Sobol, Esq. (by telecopy)

508026