IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE<br>END-PAYOR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) <br> ) <br> ) Civil Action No. 06-71 GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION PRO HAC VICE

Robert R. Davis, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Lester L. Levy of Wolf Popper LLP, 845 Third Avenue, New York, NY 10022 to represent plaintiffs in this action.

Dated: April 10 , 2006

CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
(302) 656-2500
Attorneys for Plaintiffs

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Date: Feb 27 2006

Lester L. Levy
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 451-9606
Facsimile: (212) 486-2093

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE<br>END-PAYOR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Action No. 06-71 GMS |

### ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Lester L. Levy of Wolf Popper LLP, 845 Third Avenue, New York, NY 10022 to represent plaintiffs in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006

CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 10th day of April 2006, I caused copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order and Certification to be served on the following by electronic filing.

>Karen Jacobs Louden
>MORRIS, NICHOLS, ARSHT &
>    TUNNELL LLP
>Chase Manhattan Centre, 18th Floor
>1201 N. Market Street
>Wilmington, DE 19899

_____
Robert R. Davis (#4536)