IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE<br>END-PAYOR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>)<br>) Case No. 06-71 (GMS)<br>)<br>) |

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
      District Court of Delaware
      800 N. King Street
      Wilmington, DE 19801

**PLEASE ENTER** the appearance of A. Zachary Naylor, Esquire, as Co-Liaison Counsel in *In Re: Metoprolol Succinate End-Payor Antitrust Litigation* and as attorney for Mark S. Merado, Neil Lefton, Plumbers and Pipefitters Local 572 Pension Fund, and National Joint Powers Alliance.

CHIMICLES & TIKELLIS LLP

*/s/ A. Zachary Naylor*
A. Zachary Naylor (I.D. No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 27, 2006

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copies of Notice of Appearance and Notice of Withdraw was served on defendants' counsel in the manner indicated below on April 27 2006.

> **BY E-FILING**
> Karen Jacobs Louden
> Morris, Nichols, Arsht & Tunnell LLP
> Chase Manhattan Centre, 18th Floor
> Wilmington, DE 19899

A. Zachary Naylor (No. 4439)