## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE<br>END-PAYOR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>)<br>) Case No. 06-71 (GMS)<br>)<br>) |

### NOTICE OF WITHDRAW

TO:    Clerk of the Court
          District Court of Delaware
          800 N. King Street
          Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Robert Davis, Esquire, as Co-Liaison Counsel in *In Re: Metoprolol Succinate End-Payor Antitrust Litigation* and as attorney for Mark S. Merado, Neil Lefton, Plumbers and Pipefitters Local 572 Pension Fund, and National Joint Powers Alliance.

**CHIMICLES & TIKELLIS LLP**

/s/ Robert Davis
Robert Davis (I.D. No. 4536)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 27, 2006

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copies of Notice of Appearance and Notice of Withdraw was served on defendants' counsel in the manner indicated below on April 27 2006.

                **BY E-FILING**
                Karen Jacobs Louden
                Morris, Nichols, Arsht & Tunnell LLP
                Chase Manhattan Centre, 18th Floor
                Wilmington, DE 19899

                A. Zachary Naylor (No. 4439)