IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: METOPROLOL SUCCINATE<br>END-PAYOR ANTITRUST LITIGATION | )<br>)<br>)<br>)<br>) | Civil Action No. 06-71 GMS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>)<br>) |  |

## MOTION PRO HAC VICE

A. Zachary Naylor, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Kevin Bruce Love of Hanzman, Criden & Love, P.A., 7301 SW 57th Court, Suite 515, South Miami, Florida 33143 to represent plaintiff Neil Lefton in this action.

Dated: June 6, 2006

CHIMICLES & TIKELLIS LLP

_____
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Attorneys for Plaintiffs

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Date: 6/6/06

Kevin Bruce Love
Hanzman, Criden & Love, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL 33143

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE<br>END-PAYOR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>) Civil Action No. 06-71 GMS<br>)<br>)<br>)<br>)<br>) |

### ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Kevin Bruce Love of Hanzman, Criden & Love, P.A., 7301 SW 57th Court, Suite 515, South Miami, Florida 33143 to represent the plaintiff Neil Lefton in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006

CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 6th day of June 2006, I caused copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order and Certification to be served on the following by electronic filing.

>Gary F. Traynor
>J. Clayton Athey
>PRICKET, JONES & ELLIOTT, P.A.
>1310 King Street
>P.O. Box 1328
>Wilmington, DE 19899
>
>Karen Jacobs Louden
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>Wilmington, DE 19899

_____
A. Zachary Naylor (#4439)