IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: METOPROLOL SUCCINATE END-PAYOR ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 06-71 (GMS) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |  |
| THELMA CLEMENT, on behalf of herself and all others similarly situated, | ) ) ) ) ) |  |
| Plaintiff, | ) ) | C.A. No. 06-336 (GMS) |
| v. | ) ) |  |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB and AKTIEBOLAGET HASSLE, | ) ) ) ) ) |  |
| Defendants. | ) |  |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this end-payor action shall be consolidated and coordinated with the related end-payor actions pursuant to Section IV of Pretrial Order No. 1 Regarding End-Payor Actions dated April 5, 2006 ("Pretrial Order No. 1") (D.I. 13 in C.A. No. 06-71 (GMS)).

Pretrial Order No. 1 contemplates that all related end-payor actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint, which will be the sole operative complaint for all these actions. The Consolidated Amended Complaint was filed on June 5, 2006 (D.I. 17). Pretrial Order No. 1 also states that the Clerk of the Court shall, *inter alia*, make appropriate entry for this action on the master docket (06-71 (GMS)), place a

copy of Pretrial Order No. 1 in the separate file for this action, and mail a copy of the Order of assignment to Liaison counsel and counsel for defendants. (D.I. 13 at ¶ 10).[1]

Co-Lead Counsel for the other end-payor actions have advised that they have no objection to the addition of this action to Pretrial Order No. 1.

| PRICKETT JONES & ELLIOTT, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ J. Clayton Athey | /s/ Leslie A. Polizoti |
| Gary F. Traynor (#2131) | Jack B. Blumenfeld (#1014) |
| J. Clayton Athey (#4378) | Karen Jacobs Louden (#2881) |
| jcathey@prickett.com | Leslie A. Polizoti (#4299) |
| 1310 King Street | lpolizoti@mnat.com |
| P.O. Box 1328 | 1201 N. Market Street |
| Wilmington, Delaware 19899 | P.O. Box 1347 |
| (302) 888-6507 | Wilmington, Delaware 19899 |
| Attorneys for plaintiffs | (302) 658-9200 |
|  | Attorneys for defendants |
| Attorneys for plaintiffs |  |

SO ORDERED this ____ day of _____, 2006.

_____
Judge Gregory M. Sleet

522833

---

[1] It is unnecessary for the Clerk to mail a copy of Pretrial Order No. 1 to the plaintiffs in this action (¶ 10(c)), as plaintiffs already are in possession of the Order.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 6, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Jeffrey S. Goddess.

I further certify that I caused copies of the foregoing be served on the following counsel in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Gary F. Traynor<br>Prickett Jones<br>P.O. Box 1328<br>Wilmington, DE  19899 | Richard S. Schiffrin<br>Joseph H. Meltzer<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 |
| **BY HAND** | **BY FEDERAL EXPRESS** |
| A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE  19899 | Jeffrey S. Istavan<br>Fine, Kaplan and Black, R.P.C.<br>1835 Market Street, 28th Flr.<br>Philadelphia, PA  19103 |
|  | **BY FEDERAL EXPRESS** |
|  | Michael M. Buchman<br>J. Douglas Richards<br>Milberg Weiss Bershad & Schulman, LLP<br>One Pennsylvania Plaza<br>New York, NY  10119 |

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com
