IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| _____ ) | |
| ) | |
| IN RE: METOPROLOL SUCCINATE ) | |
| END-PAYOR ANTITRUST ) | |
| LITIGATION ) | |
| ) | |
| _____ ) | C. A. No. 06-71 (GMS) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| ALL ACTIONS ) | |
| _____ ) | |

**DISCLOSURE STATEMENT OF ASTRAZENECA AB, ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, AND AKTIEBOLAGET HASSLE**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendants AstraZeneca AB, AstraZeneca LP, AstraZeneca Pharmaceuticals LP, and Aktiebolaget Hässle state that the following are all parent corporations and publicly held corporations that own 10% or more of the stock of defendants AstraZeneca AB, AstraZeneca LP, AstraZeneca Pharmaceuticals LP, and Aktiebolaget Hässle:  AstraZeneca PLC.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
Attorneys for defendants

OF COUNSEL:

Arthur F. Golden
Ronan P. Harty
Joshua D. Liston
DAVIS POLK & WARDWELL
450 Lexington Ave.
New York, NY  10017
(212) 450-4000

June 27, 2006

526550

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 27, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Gary F. Traynor and A. Zachary Naylor.

I further certify that I caused that copies of the foregoing be served on the following counsel in the manner indicated:

By Hand

Gary F. Traynor
Prickett Jones
P.O. Box 1328
Wilmington, DE  19899

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899

By Federal Express

Richard S. Schiffrin
Joseph H. Meltzer
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087

Jeffrey S. Istavan
Fine, Kaplan and Black, R.P.C.
1835 Market Street, 28th Flr.
Philadelphia, PA  19103

Michael M. Buchman
J. Douglas Richards
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza
New York, NY  10119

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com