IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: METOPROLOL SUCCINATE END-PAYOR ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 06-71 (GMS) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

**DEFENDANTS' MOTION TO DISMISS THE
CONSOLIDATED CLASS ACTION COMPLAINT,
OR, IF THAT MOTION IS DENIED, TO STAY THIS ACTION**

Defendants hereby move to dismiss the consolidated class action complaint (D.I. 17 in C.A. No. 06-71 (GMS)) for failure to state a claim upon which relief can be granted. If the motion to dismiss is denied, defendants move to stay this action pending resolution of the underlying patent litigation. The grounds for this motion are set forth in defendants' opening brief, filed herewith.

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Karen Jacobs Louden*
    Jack B. Blumenfeld (#1014)
    Karen Jacobs Louden (#2881)
    klouden@mnat.com
    1201 North Market Street
    P.O. Box 1347
    Wilmington, Delaware 19899
    (302) 658-9200
    Attorneys for Defendants

OF COUNSEL:

Arthur F. Golden
Ronan P. Harty
Joshua D. Liston
DAVIS POLK & WARDWELL
450 Lexington Ave.
New York, NY  10017
(212) 450-4000

June 27, 2006


526161

## CERTIFICATE PURSUANT TO RULE 7.1.1

I certify pursuant to D. Del. L.R. 7.1.1 that defendants' counsel conferred with lead and liaison counsel for the end-payor plaintiffs concerning the subject matter of the forgoing motion but were not able to reach agreement.

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden  (#2881)

June 27, 2006

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 27, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Gary F. Taynor and A. Zachary Naylor.

I further certify that I caused that copies of the foregoing be served on the following counsel in the manner indicated:

By Hand

Gary F. Traynor
Prickett Jones
P.O. Box 1328
Wilmington, DE  19899

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899

By Federal Express

Richard S. Schiffrin
Joseph H. Meltzer
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087

Jeffrey S. Istavan
Fine, Kaplan and Black, R.P.C.
1835 Market Street, 28th Flr.
Philadelphia, PA  19103

Michael M. Buchman
J. Douglas Richards
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza
New York, NY  10119

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com