IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE<br>END-PAYOR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>)   Civil Action No. 06-71 (GMS)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Katherine B. Bornstein, Esquire, Terence Scott Ziegler, Esquire and Joseph H. Meltzer, Esquire to represent Plaintiffs in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

By: _/s/_____
Gary F. Traynor (Bar ID #2131)
J. Clayton Athey (Bar ID #4378)
1310 N. King Street
Wilmington, Delaware 19801
gftraynor@prickett.com
jcathey@prickett.com
*Co-Liaison Counsel for Plaintiffs*

Dated: June 29, 2006

## ORDER GRANTING MOTION

The foregoing applications of Katherine B. Bornstein, Terence Scott Ziegler and Joseph H. Meltzer for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

19910.1\306807v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on June 29, 2006, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice with the Clerk of the Court using CM/ECF, and caused notification of such filing to be sent to the following counsel of record:

Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

A. Zachary Naylor, Esquire
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19801

_____
J. Clayton Athey (#4378)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 6/23/06

_____
Katherine B. Bornstein
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

19684.1\306812v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Louisiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 6/23/06

Terence Scott Ziegler
Schiffrin & Barroway
280 King of Prussia Road
Radnor, PA 19087
610-667-7706

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:_____     _____
                              **Joseph H. Meltzer**
                              **Schiffrin & Barroway LLP**
                              **280 King of Prussia Road**
                              **Radnor, PA 19087**
                              **(610) 667-7706**