IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE<br>END-PAYOR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 06-71 GMS |

### STIPULATION AND ORDER FOR BRIEF SCHEDULE

Defendants having filed Defendants' Motion To Dismiss The Consolidated Class Action Complaint, Or If That Motion Is Denied, To Stay This Action, along with an opening brief in support thereof, on June 27, 2006 (D.I. 25), and

The parties being in agreement that the issues presented in the aforesaid motion require more extensive briefing than the intervals in D.Del. LR 7.1.2(a) would allow,

IT IS HEREBY STIPULATED AND AGREED that the remaining briefs on the aforesaid motion will be filed in accordance with the following schedule:

        Plaintiffs' Answering Brief  --    August 25, 2006

        Defendants' Reply Brief    --    October 9, 2006

| PRICKETT, JONES & ELLIOTT, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Gary F. Traynor | /s/ Karen Jacobs Louden |
| Gary F. Traynor (DE Bar I.D. No. 2131) | Jack B. Blumenfeld (DE Bar I.D. No. 1014) |
| J. Clayton Athey (DE Bar I.D. No. 4378) | Karen Jacobs Louden (DE Bar I.D. No. 2881) |
| 1310 King Street | 1201 North Market Street |
| P.O. Box 1328 | P.O. Box 1347 |
| Wilmington, DE 19889-1328 | Wilmington, DE 19899 |
| (302) 888-6500 | (302) 658-9200 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6526
Writer's Telecopy Number::
(302)888-6333
Writer's E-Mail Address:
GFTraynor@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

July 5, 2006

**Via eFiling**

The Hon. Gregory M. Sleet
United States District Court for
 the District of Delaware
844 King Street
Lock Box 19
Wilmington, DE 19801

Re: In re: Metoprolol Succinate End-Payor Antitrust Litigation
C. A. No. 06-71 (GMS)

Dear Judge Sleet:

As Your Honor may recall, pursuant to Pretrial Order No. 1 Regarding Consolidation of End-payor Actions entered April 5, 2006 (D.I. 13), my firm is co-liaison counsel for the end-payor plaintiffs. I write regarding the briefing schedule on defendants' Motion to Dismiss filed on June 27, 2006 (D.I. 24).

The parties have agreed to the attached schedule for briefing on defendants' motion. This stipulated briefing schedule is identical to the stipulated briefing schedule transmitted to Your Honor on June 30, 2006 by Jeffrey S. Goddess, Esquire in the related direct-purchaser litigation (C.A. No. 06-52-GMS). If Your Honor deems it appropriate, the parties respectfully request that the Court enter the proposed briefing schedule.

Respectfully yours,

Gary F. Traynor
Bar I.D. No. 2131

GFT:ljc
Enclosure

cc: Karen Jacobs Louden, Esquire (via eFile)

19910.1\308175v1