IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE END-PAYOR ANTITRUST LITIGATION | ) ) ) Civil Action No. 06-71 GMS ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Mary Anne Gross v. Astrazeneca AB, et al.*, C.A. No. 06-81 (GMS); | ) ) ) |
| *United Union of Roofers, Waterproofers and Allied Workers, Local No. 74 Health and Pension Fund and United Union of Roofers Waterproofers and Allied Workers, Local No. 203 Health and Pension Fund*, C.A. No. 06-93 (GMS); | ) ) ) ) ) ) ) |
| *Thelma Clement v. Astrazeneca Pharmaceuticals L.P., et al.*, C.A. No. 06-336 (GMS); and | ) ) ) |
| *Dorothy Ferguson v. Astrazeneca Pharmaceuticals L.P., et al.*, C.A. No. 06-392 (GMS) | ) ) ) |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCES of Gary F. Traynor and J. Clayton Athey of Prickett, Jones & Elliott, P.A. as counsel for plaintiffs in the above-captioned matters and substitute the appearances of Pamela S. Tikellis and A. Zachary Naylor of Chimicles & Tikellis, LLP as counsel for the aforementioned plaintiffs.

| PRICKETT, JONES & ELLIOTT, P.A. | CHIMICLES & TIKELLIS LLP |
|---|---|
| By: /s/ J. Clayton Athey | By: /s/ A. Zachary Naylor |
| Gary F. Traynor (Bar ID #2131) | Pamela S. Tikellis (Bar ID #2172) |
| J. Clayton Athey (Bar ID #4378) | A. Zachary Naylor (Bar ID #4439) |
| 1310 N. King Street | One Rodney Square |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| gftraynor@prickett.com | pamelatikellis@chimicles.com |
| jcathey@prickett.com | zacharynaylor@chimicles.com |
| Tel: (302) 888-6500 | Tel: (302) 656-2500 |

Dated: November 30, 2006

19910.1.\319281v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, and caused notification of such filing to be sent to the following counsel of record:

>Karen Jacobs Louden, Esquire
>Morris Nichols Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

_____
J. Clayton Athey (#4378)