## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: METOPROLOL SUCCINATE )<br>END-PAYOR ANTITRUST LITIGATION )<br>_____ )<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>ALL ACTIONS )<br>_____ ) | Civil Action No. 06-71 GMS |

## UNOPPOSED MOTION TO AMEND PRETRIAL ORDER NO. 1
## AND TO WITHDRAW PRICKETT, JONES & ELLIOTT, P.A.
## AS CO-LIAISON COUNSEL

Prickett, Jones & Elliott, P.A. ("Prickett, Jones") hereby moves the Court for an Order amending Pretrial Order No. 1 Regarding Consolidation of End-Payor Actions, permitting it to withdraw as Co-Liaison Counsel. In support of its motion, Prickett, Jones states as follows:

1.      Pursuant to paragraph V.2.a. of the Pretrial Order No. 1 Regarding Consolidation of End-Payor Actions dated April 5, 2006 (the "Consolidation Order") (D.I. 13), Prickett, Jones and Chimicles & Tikellis, LLP ("Chimicles") were designated Co-Liaison Counsel. The Consolidation Order also designated three law firms as Co-Lead Counsel for plaintiffs: Schiffrin & Barroway, LLP; Fine, Kaplan and Black, R.P.C.; and Milberg Weiss Berhad & Schulman, LLP (together, "Plaintiffs' Co-Lead Counsel").

2.      Prickett, Jones now seeks to withdraw from this matter pursuant to Local Rule 83.7 such that Chimicles would remain as sole plaintiffs' Liaison Counsel, and respectfully requests that the Court amend its Consolidation Order to reflect that Chimicles shall act as sole Liaison Counsel.

3.    On November 30, 2006, pursuant to Local Rule 83.7, Prickett, Jones filed a notice of Substitution of Counsel (D.I. 31) with respect to the following four (4) related actions in which it had appeared on behalf of plaintiffs, withdrawing its appearance and substituting the appearance of Chimicles as counsel for plaintiffs:

- *Mary Anne Gross v. Astrazeneca AB, et al.,* C.A. No. 06-81 (GMS);
- *United Union of Roofers, Waterproofers and Allied Workers, Local No. 74 Health and Pension Fund and United Union of Roofers Waterproofers and Allied Workers, Local No. 203 Health and Pension Fund v. Astrazeneca AB, et al.,* C.A. No. 06-93 (GMS);
- *Thelma Clement v. Astrazeneca Pharmaceuticals L.P., et al.,* C.A. No. 06-336 (GMS); and
- *Dorothy Ferguson v. Astrazeneca Pharmaceuticals L.P., et al.,* C.A. No. 06-392 (GMS).

These action have all been consolidated pursuant to the Consolidation Order.

4.    The administrative responsibilities of Liaison Counsel can be adequately managed by the Chimicles firm.    Both Chimicles and Plaintiffs' Co-Lead Counsel concur with the proposed amendment of the Consolidation Order and with the withdrawal of Prickett, Jones, and submit that plaintiffs and the proposed class will in no way be prejudiced by entry of the Proposed Order.  Defendants also do not oppose this motion.

WHEREFORE, Prickett, Jones respectfully requests that the Court enter an Order, in the form attached hereto, amending the Consolidation Order to name Chimicles & Tikellis, LLP sole Liaison Counsel in this consolidated action, and permitting Prickett, Jones & Elliott, P.A. to withdraw.

Dated:  December 1, 2006

**PRICKETT, JONES & ELLIOTT, P.A.**

Gary F. Traynor (# 2131)
J. Clayton Athey (#4378)
1310 King Street
P.O. Box 1328
Wilmington, DE 19889-1328
gftraynor@prickett.com
jcathey@prickett.com
Tel: (302) 888-6500

Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
**CHIMICLES & TIKELLIS, LLP**
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
pamelatikellis@chimicles.com
zacharynaylor@chimicles.com
Tel: (302) 656-2500

*Co-Liaison Counsel for Plaintiffs*

Jeffrey S. Istvan
Paul Costa
**FINE, KAPLAN AND BLACK, R.P.C.**
1835 Market Street, 28th Floor
Philadelphia, PA 19103

Joseph H. Meltzer
Katherine B. Bornstein
**SCHIFFRIN & BARROWAY LLP**
280 King of Prussia Road
Radnor, PA 19087

Michael M. Buchman
J. Douglas Richards
Ryan Kriger
**MILBERG WEISS BERSHAD & SCHULMAN, LLP**
One Pennsylvania Plaza
New York, NY 10119

*Co-Lead Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on December 1, 2006, I electronically filed the foregoing Unopposed Motion To Amend Pretrial Order No. 1 And To Withdraw Prickett, Jones & Elliott, P.A. As Co-Liaison Counsel with the Clerk of the Court using CM/ECF, and caused notification of such filing to be sent to the following counsel of record:

> Karen Jacobs Louden, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

J. Clayton Athey (#4378)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE END-PAYOR ANTITRUST LITIGATION | )<br>)<br>)<br>)     Civil Action No. 06-71 GMS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | )<br>)<br>)<br>)<br>)<br>) |

## ORDER

IT IS HEREBY ORDERED that Prickett, Jones & Elliott, P.A.'s ("Prickett, Jones")

motion to amend Pretrial Order No. 1 Regarding Consolidation of End-Payor Actions dated

April 5, 2006 (the "Consolidation Order") (D.I. 13)  is GRANTED.  Prickett, Jones is permitted

to withdraw from this action and Chimicles & Tikellis, LLP will continue to carry out the duties

of Liaison Counsel.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge