**MAGER & GOLDSTEIN** LLP
ATTORNEYS AT LAW

1640 Town Center Circle, Suite 216
Weston, FL 33326
954-515-0123
954-515-0124 Facsimile

Jayne A. Goldstein
jgoldstein@magergoldstein.com

July 2, 2007

Office of the Clerk
US District Court for the District of Delware
J. Caleb Boggs Federal Building
Lock Box 18
844 N. Kings Street
Wilmington, DE 19801

RE: In Re: Metoprolol Succinate End-Payor Antitrust Litigation
No. Civil Action 06-71 GMS

To Whom It May Concern:

Enclosed is an original and a copy of our Notice of Change of Address in the above-captioned matter for filing with the Court. Please time stamp and return the copy to the undersigned in the enclosed envelope.

Sincerely,

Jayne A. Goldstein

Jayne A. Goldstein

JAG/jrb
Enclosures
cc: All Counsel on Service List

IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE ) <br> END-PAYOR ANTITRUST LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> _____ ) | Civil Action No. 06-71 GMS |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the firm of MAGER & GOLDSTEIN LLP has changed its address. The telephone numbers are the same. The new address is:

**MAGER & GOLDSTEIN LLP**
**Jayne A. Goldstein, Esq.**
**PA Bar 48048**
**1818 Market Street, Suite 3710**
**Philadelphia, PA 19103**
**Toll Free: 866-284-3280**
**Local 215-640-3280**
**Fax 215-640-3281**
**E-Mail: jgoldstein@magergoldstein.com**

Please revise your Service List and file information accordingly.

DATED this 2nd day of July, 2007

Respectfully submitted,

*Jayne A. Goldstein*
JAYNE A. GOLDSTEIN
PA Bar 48048
Mager & Goldstein LLP
1818 Market Street, Suite 3710
Philadelphia, PA 19103
Toll Free: 866-284-3280
Local 215.640.3280
Fax 215.640.3281
E-Mail: jgoldstein@magergoldstein.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Address has been sent via the U.S. Mail this day of July 2nd, 2007 to the following:

Gary F. Traynor
J. Clayton Athey
PRICKETT, JONES & ELLIOTT, PA.
1310 King Street
PO Box 1328
Wilmington, DE 19889-1328

Pamela S. Tikellis
Robert R. Davis
CHIMICLES & TIKELLIS, LLP
One Rodney Square
PO Box 1035
Wilmington, DE 19899

Joseph H. Meltzer
Katherine B. Bornstein
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Radnor, PA 19087

Jeffrey S. Istvan
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th floor
Philadelphia, PA 19103

Michael M. Buchman
J. Douglas Richards
Ryan Kriger
MILBERG WEISS BERSHAD & SCHULMAN, LLP
One Pennsylvania Plaza
New York, NY 10119

James G. Stranch, III
Joe P. Leniski, Jr.
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North, 4th floor
Nashville, TN 37201-1631

Jason Thompson
Anne K. Mandt
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, MI 48202

Stewart L. Cohen
William D. Marvin
COHEN PLACITELLA & ROTH, PC
1705 Two Penn Center
Philadelphia, PA 19102

Joseph Goldberg
FREEDMAN BOYD DANIELS HOLLANDER & GOLDBERG, PA
20 First Plaza, Suite 700
Albuquerque, NM 87102-3354

David Pastor
Kenneth G. Gilman
Douglas M. Brooks
GILMAN AND PASTOR LLP
225 Franklin Street, 16th floor
Boston, MA 02110

Kevin B. Love
HANZMAN CRIDEN & LOVE, P.A.
7301 SW 57th Court, Suite 515
South Miami, Florida 33143

Lance A. Harke, P.A.
HARKE & CLASBY LLP
155 So. Miami Avenue, Suite 600
Miami, FL 33130

Joseph C. Kohn
William E. Hoese
Joshua D. Snyder
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107

| | |
|---|---|
| Seth D. Rigrodsky<br>Ralph N. Sianni<br>MILBERG WEISS BERSHAD &<br>SCHULMAN LLP<br>919 North Market Street, Suite 980<br>Wilmington, DE 19801 | Ann D. White<br>Many Roth<br>ANN D. WHITE LAW OFFICES, PC<br>One Pitcairn, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 19046 |
| Karen L. Morris<br>MORRIS AND MORRIS, LLC<br>4001 Kennett Pike, Suite 300<br>Wilmington, DE 19807 | Deborah R. Willig<br>WILLIG WILLIAMS & DAVIDSON<br>1845 Walnut Street, Suite 2400<br>Philadelphia, PA 19103 |
| Bruce M. Ludwig<br>Jonathan Shub<br>SHELLER, LUDWIG & BADEY<br>1528 Walnut Street, 3rd floor<br>Philadelphia, PA 19102 | Marc A Wites<br>WITES & KAPETAN, PA<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064 |
| Jay Shapiro<br>STEARNS WEAVER MILLER<br>WEISSLER ALHADEFF & SITTERSON, PA<br>150 W. Flagler Street, Suite 2200<br>Miami, Florida 33130 | Lester L. Levy<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022 |
| Kenneth A. Wexler<br>Mark J. Tamblyn<br>WEXLER TORISEVA WALLACE LLP<br>One North LaSalle Street, Suite 2000<br>Chicago, IL 60602 | Timothy J. Becker<br>Stacy K. Hauer<br>ZIMMERMAN REED P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402 |
| | Karen Jacobs Louden<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>Wilmington, DE 19801 |

By:  *Jayne A. Goldstein*
JAYNE A. GOLDSTEIN
PA Bar 48048
Mager & Goldstein LLP
1818 Market Street, Suite 3710
Philadelphia, PA 19103
Toll Free: 866-284-3280
Local 215.640.3280
Fax 215.640.3281
E-Mail: jgoldstein@magergoldstein.com