IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METROPROLOL SUCCINATE END-PAYOR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Action No. 06-cv-71 (GMS) |

DECLARATION OF JESSICA JENKINS
THAT CLASS ACTION SETTLEMENT IS COMPLETE

JESSICA JENKINS, hereby declares under penalty of perjury as follows:

1. I am a Project Manager for Rust Consulting, Inc. ("Rust"). Rust was appointed the Settlement Administrator pursuant to ¶ 5 of the Order Granting End-Payor Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement ("Preliminary Approval Order") dated September 27, 2012. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. As the Settlement Administrator, Rust disseminated Notice, received and processed Requests for Exclusion, received and processed Class Member claims, calculated Class Member awards, distributed Class Member awards and performed all other Settlement-related tasks as requested. *See regarding Notice dissemination* Declaration of Dan Coggshell (dated February 28, 2013).

3. Pursuant to ¶ 14 of the Order and Final Judgment Approving Settlement, Awarding Attorneys' Fees and Expenses, Awarding Representative Plaintiffs' Incentive Awards, Approving Plan of Allocation, and Ordering Dismissal as to All Defendants dated March 7, 2013

("Order and Final Judgment"), Rust mailed settlement checks to Eligible Consumers and Eligible Third Party Payors ("TPPs").

4. As in other settlements Rust has administered, Rust reissued and re-mailed checks to Claimants in this matter if: (a) the original check was returned to Rust by the United States Postal Service ("USPS") with a forwarding address; (b) the original check was returned to Rust by the USPS without a forwarding address and Rust's address research vendor was able to provide an updated address; or (c) the claimant or an authorized representative returned the original check to Rust requesting a reissue because of a misspelling in the name, the claimant was deceased, the claimant lost or misplaced the check or the original check was stale-dated and could not be negotiated.

5. As of today's date, all available Settlement funds have been distributed. The distribution accounts which were opened in preparation for the distribution of Settlement funds have reached a zero dollar balance and have been closed.

6. I submit this Declaration to confirm and certify that administration of this Settlement is, for all intents and purposes, complete.

I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 8th day of October, 2015 in Minneapolis, Minnesota.

_Jessica Jenkins_
Jessica Jenkins

2